UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KONRAD KORZENIOWSKI, PRO SE, :
:
Plaintiff, :
:
v. :  Docket No. 3:09-cv-1529-MRK
:
COLLECTCORP CORPORATION and :
NICHOLAS WILSON, :
:
Defendants. :

### JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES now plaintiff, Konrad Korzeniowski, and defendants, Collectcorp Corporation and Nicholas Wilson (collectively "Defendants") by and through their undersigned counsel, hereby stipulate to a dismissal without prejudice in the above-titled action and request entry of a Final Order of Dismissal without prejudice.

Dated this 18day of February 2010.

_____
Konrad Korzeniowski
51 Rackliffe Drive
New Britain, CT 06051
Telephone:   (860) 595-9436
Facsimile:   (866) 796-3839
konrad255@gmail.com

/s/ Walter A. Shalvoy, Jr.
Walter A. Shalvoy, Jr., Esq. ct25132
Maher and Murtha, LLC
528 Clinton Avenue, P.O. Box 901
Bridgeport, CT 06601-0901
Telephone:   (203) 367-2700
Facsimile:   (203) 335-0589
wshalvoy@maherandmurtha.com

Dayle M. Van Hoose, Esq.
Sessions, Fishman, Nathan & Israel, L.L.C.
9009 Corporate Lake Drive, Suite 300-S
Tampa, Florida  33634
Telephone:   (813) 890-2463
Facsimile:   (813) 889-9757
dvanhoose@sessions-law.biz

## CERTIFICATION

I HEREBY CERTIFIED THAT COPY OF THE FOREGOING MOTION HAS BEEN SEND ON FEBUARY 18, 2010 TO A DEFENDANT ATTORNEY FOR COLLECT CORP AND NICHOLAS WILSON

WALTHER A. SHALVOY JR. ESQ CT 25132
MAHER AND MURTHA, LLC
528 CLINTON AVENUE, P.O BOX 901
BRIDGEPORT CT 06601-0901
WSHALVOY@MAHERANDMURTHA.COM

KONRAD KORZENIOWSKI
51 RACKLIFFE DRIVE
NEW BRITAIN CT 06051
P: 860-595-9436
F: 866-796-3839
E-MAIL KONRAD255@GMAIL.COM